UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Melchor Salvador Collier  CASE NO.: 12-81447
Lori Outlaw Collier

**SECOND MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

I. Debtors propose to pay by direct pay into the Chapter 13 Plan total payments of $3,225 in the first five (5) months, then monthly payments of $690 (beginning May, 2013) for fifty-five (55) months, for a total of sixty (60) months.

II. Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| **Regions Bank** collateral - House & 8 acres land located at 307 Rosier Road, Deville, LA | $138,309.00 | $1027.44 |
| **Regions Bank** collateral - Commercial property located at 5416 Hwy 28 East, Pineville, LA | $200,000.00 | Paid by Natural Mystic, Inc. |
| **Peoples State Bank** collateral- 2009 Nissan Altima | $6,000.00 | Paid by co-signer |
| **Louisiana Department of Revenue** | $1,707.05 | Paid by Corporation |

III. Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride shall receive attorney and administrative fees of $2,800. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

 1. Real Property:

Regions Bank: collateral-house & 8 acres land; pre-petition arrears in the amount of $2,375.92 as stated in the proof of claim WAS INCLUDED IN THE LOAN MODIFICATION.

 2. Personal Property:

Peoples State Bank: collateral - 2007 BMW 335i (includes credit card and overdrawn account cross-collateralized with the 2007 BMW); estimated secured claim of $17,000 to be paid with interest at 6%. As adequate protection, Peoples State Bank shall be paid $25 per month concurrently with the administrative expenses for the case. The balance of the claim shall be treated as a general unsecured claim.

Santander: collateral - 2006 Mini Cooper S; estimated secured claim of $10,687 to be paid with interest at 6%. As adequate protection, Santander shall be paid $25 per month concurrently with the administrative expenses for the case. The balance of the claim shall be treated as a general unsecured claim.

American Honda Finance: collateral - 2009 Honda TRX90Xi; estimated secured claim of $1,125.10 to be paid with interest at 6%. As adequate protection, American Honda shall be paid $25 per month concurrently with the administrative expenses for the case.

American Honda Finance: collateral - 2007 Honda TRX450ER; TO BE SURRENDERED IN FULL SATISFACTION.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

LA Dept of Revenue           $ 101.96

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 10th day of May, 2013.

**THOMAS C. MCBRIDE, LLC**

/s/Thomas C. McBride
By: Thomas C. McBride, Member (#09210)
Kathryn A. Wiley (#33672)
301 Jackson Street, Suite 101
Alexandria, LA 71301
Telephone (318) 445-8800
Facsimile (318) 445-8066