The Chapter 13 Trustee is relieved of the obligation of making payment on any secured claim held by this creditor as to this collateral.



**SO ORDERED.**

**SIGNED June 18, 2014.**

_____
**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: MELCHOR SALVADOR COLLIER     CASE NO.: 12-81447
And LORI OUTLAW COLLIER     CHAPTER 13

### ORDER

Considering the Motion to Lift Stay and For Abandonment by Trustee of Regions Bank:

There being no timely opposition by any interested party, the Court, after reviewing the record of the proceeding and the law and evidence being in favor thereof, renders the following order:

IT IS ORDERED that the automatic stay of this proceeding is modified to permit mover, REGIONS BANK, to foreclose upon its security affecting the following described property and that the property is hereby deemed abandoned by the Trustee and no longer property of the estate:

A certain piece, parcel or tract of land, together with all buildings and improvements thereon, and all rights, ways and privileges thereunto appertaining, being, lying and situated in Rapides Parish, Louisiana and being more particularly described as follows:

Part of the Northeast 1/4 of the Southwest 1/4 of Section 2, T4N, R1E, Rapides parish, Louisiana, more particularly described as follows:

Commencing at the southeast corner of the Northeast 1/4 of the Southwest Quarter 1/4 of Section 2, thence S 89 degrees 14' 16" W, 862.27 feet; thence N 10 degrees 03'43' W, 974.46 feet to a 1/2" iron rod; which is the point of beginning continue N 10 degrees 03'43"W, 324.82 feet to the southerly right of way of Louisiana Highway No. 28; thence along said right of way N 74 degrees 20'58" E, 90.76 feet to a 1/2" iron rod; thence S 13 degrees 41'27" E, 323.48 feet to a 1/2" iron rod; thence South 74 degrees21'34" W, 111.33 feet to the Point of Beginning containing 0.750 acres more or less, being Lot "B" as shown and marked "LOT "B: .750 ACS on plat of survey prepared by Jerry L. Richey, RLS, dated January 6, 2004, a copy of which is attached hereto and made a part hereof.

####

Respectfully Submitted:

THE COHN LAW FIRM
A LIMITED LIABILITY COMPANY
10754 Linkwood Court
Baton Rouge, LA 70810
Telephone: (225) 769-0858
Fax: (225) 769-0858

      /s/ Bartley P. Bourgeois
BY:_____
      DAVID M. COHN, LBR #4237
      D. BRIAN COHN, LBR #28000
      BARTLEY P. BOURGEOIS, LBR#22606
      M. VIRGINIA KELLY SMITH, LBR#23871