UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Melchor Salvador Collier  
   Lori Outlaw Collier

CASE NO.: 12-81447

**FIFTH IMMATERILLY MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

I. Debtors propose to pay by direct pay into the Chapter 13 Plan total payments of $18,970 in the first twenty-eight (28) months, then monthly payments of $405 (beginning April, 2015) for thirty-two (32) months, for a total of sixty (60) months.

II. Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| **Regions Bank** collateral - House & 8 acres land located at 307 Rosier Road, Deville, LA | $138,309.00 | $1027.44 |
| **Regions Bank** collateral - Commercial property located at 5416 Hwy 28 East, Pineville, LA ***AUTOMATIC STAY LIFTED ON 6/18/14** Debtors shall be discharged of this debt upon completion of this Chapter 13 Plan pursuant to 11 U.S.C. Sections 1328(a)(1) and 1322(b)(5). | | |
| Peoples State Bank collateral- 2009 Nissan Altima | $6,000.00 | Paid by co-signer |
| Louisiana Department of Revenue | $1,707.05 | Paid by Corporation |

III. Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,300 plus $500 for this modification. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

1. **Real Property:**
   Regions Bank: collateral-house & 8 acres land; pre-petition arrears in the amount of $2,375.92 as stated in the proof of claim WAS INCLUDED IN THE LOAN MODIFICATION.

2. **Personal Property:**
   Peoples State Bank: collateral - 2007 BMW 335i (includes credit card and overdrawn account cross-collateralized with the 2007 BMW); estimated secured claim of $17,000 to be paid with interest at 6%. As adequate protection, Peoples State Bank shall be paid $25 per month concurrently with the administrative expenses for the case. The balance of the claim shall be treated as a general unsecured claim.

   Santander: collateral - 2006 Mini Cooper S; TO BE SURRENDERED IN FULL SATISFACTION.

   American Honda Finance: collateral - 2009 Honda TRX90Xi; TO BE SURRENDERED IN FULL SATISFACTION.

   American Honda Finance: collateral - 2007 Honda TRX450ER; TO BE SURRENDERED IN FULL SATISFACTION.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

  LA Dept of Revenue     $ 101.96

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 13th day of April, 2015.

**McBride Law Firm**

 /s/Thomas C. McBride
By: Thomas C. McBride, Member (#09210)
  Kathryn A. Wiley (#33672)
  Thomas C. McBride, LLC
  McBride Law Firm
  301 Jackson Street, Suite 101
  Alexandria, LA 71301
  Telephone (318) 445-8800
  Facsimile (318) 445-8066

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:   Melchor Salvador Collier                    CASE NO. 12-81447
         Lori Outlaw Collier

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of the above and foregoing Fifth Immaterially Modified Plan has this day been served by placing a copy of the same in the United States Mail to all creditors on the attached mailing matrix.

\*\*The following entities were served by electronic transmission only:

Jon C. Thornburg                          L. Claire Mayer
ch13alex@ch13alex.com                     laecf@logs.com

Office of U. S. Trustee                   Christopher M. Sylvia
USTPRegion05.SH.ECF@usdoj.gov             christopher.sylvia@midsouthbank.com

Earl F. Sundmaker
trey@sundmakerfirm.com


Alexandria, Louisiana this 13th day of April, 2015.


                                          /s/Joie Johnson

| | | |
|---|---|---|
| Melchor Salvador Collier<br>Lori Outlaw Collier<br>132 South Drive<br>Natchitoches, LA 71457 | Santander Consumer USA<br>P.O. BOX 560284<br>Dallas, TX 75356 | Regions Bank<br>Attn: Bankruptcy Dept., AX2<br>P.O. Box 1860<br>Memphis, TN 38101-1860 |
| Peoples State Bank<br>POB 1200<br>Many, LA 71449 | | |