DONE and SIGNED April 16, 2015.



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Melchor Salvador Collier        CASE NUMBER: 12-81447
       Lori Outlaw Collier

ORDER APPROVING MODIFICATION OF A CONFIRMED PLAN

   The Debtors' Plan was filed on November 29, 2012 and was modified on March 11, 2015. An Immaterial mod was filed on April 13, 2015. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.
   **IT IS ORDERED THAT** the Debtors' Chapter 13 Plan is confirmed with the following provisions:

1. Payments:
$18,970.00 total paid in for 28 months; then $405.00 per month for 60 months on the 29th day of each month for 60 months

2. Special / Additional Provisions:
Debtors pledge a maximum of 50% (or until all allowed unsecured claims are paid in full) of the net recovery from all pre-petition personal injury causes of action, liquidated, or unliquidated, unless otherwise ordered by the Court after a notice and a hearing. In all cases in which the debtor has acquired/acquires a pre-petition or post-petition cause of action, the employment and compensation of special counsel, and the compromise of any claim, shall be approved by the Bankruptcy Court pursuant to 11 U.S.C. §§ 327-329, the filing of such pleading shall be noticed on all parties.
A ☐ 30 day or ☒ 60 day "drop-dead" provision shall apply to all future plan payments, meaning if the debtor fails to make a plan payment for *any* such period, the Chapter 13 Trustee may file an *ex parte* Motion to Dismiss the case.
☐ Other:

3. Plan Payments shall be payable to:

   *Jon C. Thornburg*          ☐ Payroll deduction is ordered: The Debtors' employer is ordered
   *Chapter 13 Trustee*            to deduct payments from the earnings of the Debtor, draw checks
   *P.O. Box 279*                  in the name of the Standing Trustee and mail same on or before
   *Memphis, TN 38101-0279*        each due date reflected above until further Order of this Court.
                               ☒ No Payroll Deduction is ordered

4. Attorney Fees:
The Debtors' attorney is awarded a total fee in the amount of $3,800.00, of which $3,800.00 is due and payable from the Bankruptcy Estate. Included in this amount is a fee in the amount of $500.00 for the modification.
☐ Attorney Fees capped at $0.00.

   In addition to the foregoing specific provisions, all Debtors shall file Federal and State Income Tax Returns timely and provide copies of same to the Standing Chapter 13 Trustee immediately upon filing. This Order of Confirmation becomes effective only when the filing fees due the Clerk of the Bankruptcy Court are paid in full.

###